The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Boston, MA 02210

## REF: Letter of Support for Yufeng (Annie) Wei

Zhe Liu, Yan Li, Rui Zhang, Mingjun Wang, Nan Wang, and Lynn Wei – Tianjin, China; nephew and nieces

Yuling, Yugui, Yulan, Yuqi, Yuzhi, and Yutian Wei – Tianjin, China; Sisters, brother, brother-in-laws and sister-in-law

Rose Wu – Belmont, MA; oldest daughter, Freshman at University of Michigan

Ronghui Ji – Carmel, IN; PhD in Math; Professor at Indiana University; relative

Daniel Lee – Acton, MA; elder of the Church in Cambridge

Shuzhen Wang – Winchester, MA; Associate Dean at Emerson College; coordinator at Church in Cambridge

Lu Lin – Belmont, MA; church friend for 12 years

Judy Hua Zhu – Atlanta, GA; college roommate and friend for 27 years

Feng Han - Westford, MA; PhD in Chemistry; scientist at Life Technologies; friend for 14 years

Ping Du – Westford, MA; accounting manager; graduate school classmate and friend for 14 years

Shan Lu – Lexington, MA; senior accountant; graduate school classmate and friends for 14 years

Li Li – Belmont, MA; software engineer; friend for 18 years

Rui Ma – Washington D.C; World Bank management analyst; colleague in China and friend for 23 years

Guangxia Hazlewood – Watertown, NY; Chinese teacher at high school in NY; roommate in US and friend for 15 years

Zhaoyan Yang – Brookline, MA; data analyst at Boston University; friend for 10 years

Michael Smith – Belmont, MA; manager at UPS; neighbor and friend for 5 years

Paul Bernardi – Waltham, MA; Fedex driver

Yilei Tan – Quincy, MA; Chitron (US) colleague for 3 years

Peizhu Liu – Chapel Hill, NC; CPA at University of North Carolina; English teacher at Tianjin Foreign Languages Institute

Jianyou Li – Tianjin, China; Vice President of Tianjin Norma University in Tianjin, China; childhood classmate and friend for 40 years

Hanqiu Song – Cape Town, South Africa; Chinese Diplomat at Chinese Consulate General in South Africa; colleague in China and friend for 18 years

Xiaoyan Zhou – Chiba, Japan; Chinese teacher at college in Japan; friend for 17 years

Luxin Liu – Victoria, Australia; PhD in Sociology; professor at University Of Melbourne; friend for 24 years

# EMERSON COLLEGE

School of the Arts
Office of the Dean

120 BOYLSTON STREET
BOSTON, MA 02116-4624
(617) 824-8983 phone
(617) 824-8779 fax
www.emerson.edu

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

June 21, 2010

Re: Yufeng (Annie) Wei

Dear Judge Saris,

Greetings. I am writing a letter of support on behalf of Yufeng (Annie) Wei. Annie and I go to the same church (Church in Cambridge, hereinafter CIC) where we have been serving the children in Sunday School since 2008. I consider her to be a most giving Christian, a loving teacher, and a loyal and selfless friend.

At CIC, children are divided into different groups in our Sunday School according to their ages. My daughter is in the youngest group, Level 1 for 3- to 5-year-olds. I have been the coordinator for Level 1 since 2008 and have been in charge of making teaching assignments and ensuring children are receiving proper care and lessons. Most of the teachers are parents of children in that level. What first brought my attention to Annie's selfless quality is her unique status in that group: she does not have a level-one aged child. Her daughters are older (in middle school and college). In fact, she started serving level 1, the youngest children, since 2006. It is truly because of her love of children and her service in the church knowing we had a great need for Sunday School teachers that she volunteered to serve and teach in that level.

Annie is a most reliable, conscientious, and giving teacher. She is always prepared, bringing the best lessons, the best craft ideas and materials, and the best snacks for the children. It is no wonder that children and fellow teachers love her! She is most helpful to teachers of the level and of other levels. Her loyalty in serving and her love of the children were evidenced in her conscientious way of serving – she has never missed any class and is always on time and cheerful when she serves. I did not know about her court case until only a few weeks ago when another teacher told me about it. Annie is so professional and so giving that she did not let her personal situation interfere with her commitment to the church and the children.

As a coordinator, I am often asked to spend time to discuss matters pertaining to my group with the two leading brothers in charge of the children service. Annie is always there whenever a decision needs to be made and she always volunteers to help. Her generosity in serving and her natural willingness to help have made it such a pleasure to serve with her. I could not imagine our group or the church without her!

I am not familiar with her case—I am not qualified to speak to the case. But I hope that through my letter, Your Honor would get to know the kind, generous, giving, loving and loyal nature of Annie, who in my knowledge would never intentionally do anything that is dishonest or unethical. She is a God-loving and fearing Christian, who has only done the most wonderful things for the church and her community. I know Annie, her family (especially her children) and her friends at church would be most grateful for a light sentence.

Thank you so much for your time.

Sincerely Yours,

Shujen Wang, Ph.D.
Associate Dean
School of the Arts
Associate Professor
Dept of Visual & Media Arts
Emerson College
120 Boylston St
Boston, MA 02116
617.824.8969
shujen_wang@emerson.edu

天 津 师 范 大 学 学 前 教 育 学 院

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Yufeng (Annie) Wei

Dear Judge Saris,

I am Jianyou Li from College of Early Childhood Education of Tianjin Normal University in China. I am Vice President of the college. Yufeng and I have been known each other for nearly 40 years since Grade One in elementary school when we were about 6 years old. Then we were in the same class all through elementary school. Later we became neighbors – my home is next door to her parents'- till we both set up our own families. I know her very well.

Yufeng was an excellent student in our class, as well as in the whole grade. She was our Class President from Grade one to Grade six. Every year she got the honor of Triple A Outstanding Student of School. She was elected the Triple A Outstanding Student of the Region twice. We were in the same study group many years. She always happily shared what she had learned and gave me a lot of help. At that time either at school or in the community, all teachers and neighbors liked her very much, thinking highly of her. After graduation from the elementary school, with excellent grades, she was able to go to the key middle school of Tianjin to study. Having had six years of hard working at middle school, she was admitted by Tianjin Foreign Language University. At that time, the admission rate was only three percent, she was indeed excellent.

Yufeng is warm-hearted, honest to others and always ready to help. She's never done anything that is bad to others, neither to the country. She is a law-abiding person from what I know her. She loves her children very much and tries hard to support her family. She has two young daughters, and the younger one is only 14 years old, who needs her mother's guidance, help and care. If Yufeng was taken away from her children, it must be really a disaster and loss to the family, especially to the young child and the result will influence her whole life.

I think it a big mistake to misunderstand such a kind, responsible mother in the community and the country. Even if she's done something wrong, it would be a mistake, but not to be guilty of a crime. Because we all know it was not her intention. Therefore I count upon you - a kind and righteous judge – to consider her innocent and her young daughter, to show mercy on her and her family so as to help Yufeng to fulfill a mother's duty.

Dear Judge Saris, as Yufeng's classmate and neighbor for so many years, what I can only do for her, from far away China, is to ask for your kind and righteous judge, showing understanding and sympathy for her daughters. Thank you very much.

Yours Sincerely,

Jianyou Li          Jianyou Li

Tianjin Normal University
Nankai District, Tianjin, China, 300073
July 8, 2010

天 津 师 范 大 学 学 前 教 育 学 院

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
Re: Yufeng (Annie) Wei

尊敬的萨瑞丝法官：

　　我是李建有，在中国天津市师范大学学前教育学院工作，担任副院长职务。我与魏玉凤相识是从小学一年级到现在近 40 年的时间了，当时我们仅有 6 岁。后来我们又成为邻居，我们住对门，直到我们各自成立了家庭。我对她非常了解。

　　在小学时，玉凤非常优秀，从一年级到六年级一直是担任班长职务，每年都被评为"校级三好学生"，曾两次被评选为"区级三好学生"。我们在一个学习小组多年，玉凤总是和我们分享她所学到的知识，给了我很多帮助。那时候，无论在学校还是在邻里，不管是老师还是邻居都非常喜欢她，对她评价很高。小学毕业时，她以优异的成绩，考入一所高级重点中学。在中学六年里，她学习努力、刻苦，在录取率仅有 3%的情况下，考入了天津市外国语大学。她确实非常优秀。

　　玉凤总是热心、诚实地对待他人，常常乐于帮助别人。她从没有有意地去做任何损害他人及国家的事情，她遵纪守法。她非常热爱家庭、热爱孩子，她有两个女儿，其中个女儿仅有 14 岁，还未成年。女儿的成长需要母亲的教育、帮助和照顾。如果她坐牢，这将对了家庭是难以估量的损失和打击，特别是对于无辜孩子，这将会影响她们一生的幸福，对于社区也是一个巨大的损失。

　　我认为误解这样一位世界上如此善良、有责任心的母亲是一个错误。即使她做错什么，那也只是一个错误，也不构成犯罪，因为我们都坚信她犯错误而非她的本意。因此我请求您，善良、公正的法官，明察案件，考虑到她未成年的女儿，给予魏玉凤以公正的判决，希望她完成做母亲的职责。

　　尊敬的法官，作为魏玉凤的老同学、老邻居，在遥远的中国，我所能做的就是我恳求法官大人体谅她的孩子，予以公义的审判。非常感谢！

此致

敬礼。

李建有　[signature]

电子邮箱:li_jianyou2008@163.com
天津市师范大学学前教育学院
南开区双风道 38# 邮编：300073
07/08/2020

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210
July 20, 2010

RE: Yufeng (Annie) Wei & Zhenzhou (Alex) Wu

Dear Judge Saris,

My name is Xiaoyan Zhou. I'm currently living in Japan and teaching Chinese at college. I have known Zhenzhou and Yufeng since 1993. I met them when I was a scholar at Harvard University while Zhenzhou was Graduate student at East Asian Studies and Yufeng was a housewife then. Zhenzhou and I had the same Host Family through Harvard International Student Program. That's how we got to know. Since then we three became friends and contact a lot. I was shocked when I heard about the case. In my knowledge, both Zhenzhou and Yufneg is honest and nice person who would never intentionally violate any law or regulations.

I was at Harvard during 1993-1994 school year. That was the first time ever I went to the US. Yufeng and Zhenzhou gave me a warm welcome and made me feel at home. My major at graduate school is philosophy and Zhenzhou's is sociology, so we had a lot of similar topics to talk. They invited me to their home many times and cooked delicious cuisine. They introduced me to their friends, both Chinese and Americans, so that I got to know more about America and its culture. They drove me around Massachusetts and showed me a beautiful Boston scenery. More over Yufeng taught me driving with their second-hand Ford Taurus car and I got my US license! This made my life at Harvard more easy and enjoyable.

Their generous help in the US made Harvard study the most memorable trip, which also built up our solid friendship. I went back to Japan afterwards but we didn't stop contacting. It is worth to have them as my life-time friends and I really value it. I would send pictures to them to show my garden and cat pet, and Yufeng would proudly show me the pictures of the vegetables she planted each year, and her two adorable daughters. I visited Yufeng in Boston in 2002 and Yufeng took her two daughters to see me in Japan in 2006.

From what I saw and heard I know Yufeng loves this country and is trying hard to provide a better life for their two young children. She is very kind, warm-hearted, selfless, always ready to help, and a great mother. Your honor, I don't know much about the case. But what I do know is that Yufeng and Zhenzhou is the person who would only do wonderful and helpful things for their friends and family, for the community and the country. They have a very young daughter who is only 14. I am respectfully asking you to take the consideration of their situation and give mercy on

them and their family as well as us, their friends. Thank you so much.

Sincerely,

Xiaoyan Zhou

586-1   Jou, Sakura City
Chiba, 285-0815
Japan

The Honorable Patti B. Saris
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: Zhenzhou Wu, Yufeng Wei

July 20, 2010

Dear Judge Saris:


My name is Ronghui Ji. I am a professor in mathematics conducting teaching and
research at Indiana University-Purdue University at Indianapolis. I am writing to
you to ask your mercy for Mr. Zhenzhou Wu and his ex-wife Yufeng Wei, who are
to be sentenced in September. I am Zhenzhou Wu's relative and his mother is my
distant cousin. Although I did not have much personal contact with him, I had
many telephone conversations with him ever since he came to the United States
in the early 90's. Since our first telephone conversation, he has given me the
impression of being a very intelligent, honest, and hard working person. Before he
left for China, we talked about his student life at Harvard University, his choice of
subjects to study, and his decision to go back to China. I felt that Zhenzhou loves
this country deep inside. He loves Harvard University, which gives him academic
pride and the spirit of humanity. He loved his first job, which lead him to his
success in China. He loved Boston, where he studied, lived, and had his two
beautiful daughters. If he were to plan illegal activities purposefully here, he
would not have left his most precious family behind. Till today, Zhenzhou
maintains his innocence in this ordeal. I am not in any position to judge what the
court has found, but simply passing to you what I have observed and sensed
through the years I know of Zhenzhou.  In searching Zhenzhou's past activities, I
also found news that he addressed, two years ago, to his Chinese fellow
businessmen about the U. S. Laws on the restrictions of high tech exports to China.
He asked his fellow countrymen to pay special attention to this law and to be
careful not to violate it. (http://www.esmchina.com/PDF/Chitron_Final.pdf). From
an observer's point of view I saw his business success was through step-by-step

careful planning and wise decisions. None of the experiences he shared with me indicated any intentional law-breaking. Thus, your mercy could help an honest and wise business man to regain his footing in the future, allowing him to do honest business benefiting the people of both countries.

In April, I visited his Boston home and met, for the first time, his ex-wife Yufeng Wei and his beautiful daughter Rowan. The only words I can say about Yufeng is that she is truly a remarkable woman, who sacrificed herself completely for Zhenzhou's business and for the family. In my view, she is only capable of giving and loving but not harming. She bears all the burdens that fell on the family for the past few years and is still optimistic about the future. I humbly request your honor to consider kinder terms for this truly unfortunate lady that could provide the innocent Rowan a better life in the years to come.

Respectfully yours,

Ronghui Ji (Ph. D.)

2563 Sutton Avenue

Carmel, IN 46032

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston. MA 02210
U.S.A.
July 5, 2010

Dear Judge,

We are brother and sisters of Yufeng (Annie), writing to you from her hometown, Tianjin, China, where we are now living. We were very astonished on hearing her case. Based on her personality, the principle of her behaviour and our knowledge of her, we would never believe that she has done something in violation with American laws or dangerous to the safety of that country. We write to ask for your leniency even she did something wrong because, we believe, she would never have done that wilfully, but only out of her ignorance. She has to look after the two daughters who are still very young. Her father, now over 80   years old, not knowing what had happened because we dare not to tell him due to his physical condition, is waiting see her daughter. Her brother, sisters and friends are all sincerely praying for her. We just want to let you know the true Yufeng.

Every one in our family feels proud of Yufeng. She is also the model that the younger generation were told to follow. She is our youngest sister with highest education in our family. From her childhood, Yufeng was kind, polite, smart and keen to study. Coming out of the good family environment, she is active in the school, welcomed by her peer friends as well as school teachers as she always had excellent school records. Sometimes she was by herself at home after school as our parents were working and we were still in school. She would draw pictures or write calligraphy on the back sides of the excise books that we once used. She wrote every single character neatly even those that she could not even read. Quite often she would bring children in our neighbourhood to play in our house. They played drama, game, reading and drawing. Everybody in our neighbourhood, especially the parents, welcomed this lovely girl.

She had been a model student from primary school, middle school, right through to the high school. She was awarded certificate for her excellent school performance almost every school term or school year. The certificates and awards she brought from school were displayed full of our house walls. She was elected class monitor both at primary and middle schools. She helped other students with their homework. She was also leading her peer students to help the neighbourhood or to help their parents for the housework. On the occasion of birthday or anniversary, she always made her own gift for her teachers or friends. Even now, her teachers and school mates from primary or middle school still give high praise of her every time we met.

There were only 3% of the high school graduates who were able to pass the university entrance examinations and to start their tertiary education. Yufeng was one of them. In the university, she was still elected the class monitor. She organised the students to help the people in need and to get involved in many other voluntary or community activities. Her class, of which she was the monitor, was elected Model Class. For the four years in the university, she was selected Model Student and awarded scholarships.

After university, she was assigned to work at the Canadian Embassy in Beijing. She worked hard as a member of the team. During the construction of the new embassy, she was working overtime most of the days. She did not ask for leave even it was during the period of maternity. She was awarded for her outstanding performance.

Yufeng went to the United States in 1992, leaving behind her baby daughter with us in Tianjin. All she wanted was to study the advanced science and culture and provide a better life for her daughter and fmaily. Later she had to look after the two daughters by herself, while at the same time, she was pursuing her Master degree. She took the girls to learn various skills such as piano, drawing, swimming and skating. Rose, the elder daughter won Gold Key in Boston for her self-portrait for two years in succession. She also won the Youth National crew race. Rowan, the younger daughter won Grade A in all her school subjects. She always encourages the two daughters to do community volunteer work. Although she only has a simple life, she is very generous to the family members, in particular to our parents. Every time she comes back to China, she would buy a lot presents for the family and friends. She would show us the photos taken on touring America. She would tell us how she likes the America. She would tell us the history and culture of America. She was proud of living and working in the US. She always says that, by this way, she could make some contribution towards the employment in the US, help American companies to have business opportunities in China, and help more American people to know China. She is very proud of being a tax payer in the United States.

Now this case had been a heavy strike to Yufeng. She always regards herself a law-abiding person and has made some contribution towards the American community. She would never imagine such things happened. We are not sure what would happen to her next. We all know that she loves America so much and some day she can be an American citizen so that she can contribute more to this country.

We write to ask for your leniency in consideration of her real case and while rendering your decision.

Sincerely yours,

大姐夫 刘炳元　　八姐 魏立珍　　哥：魏延国
二姐夫 李宝成　　八姐 魏秀贵 、　林玉馨
三姐 魏玉兰　　四姐 姜魏玉麒、四姐夫 王敢才
五姐夫 王世杰、五姐：魏秀莹

Ruihai Garden #1-201, Binhai Road
HeBei District, Tianjin
P.R China, 300010

June 26th, 2010

143 Groton Road
Westford, MA 01886

The Honorable Patti B. Saris
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: Yufeng (Annie) Wei and Zhen Zhou (Alex) Wu

Dear Judge Saris:

My name is Feng Han, a neutralized US citizen and a staff scientist with Life Technologies Inc. Ms. Yufeng Wei and Mr. Zhen Zhou Wu are close friends of my wife Ping Du and mine. I am writing this letter to appeal for your mercy before their sentencing date.

I have known Yufeng and Zhen Zhou since 1994, when my wife and Yufeng studied MBA at Johnson & Wales University in Providence, Rhode Island. It is always my impression that Yufeng and Zhen Zhou are honest, caring people with a strong moral integrity.

I get to know Yufeng and Zhen Zhou more after our family moved from Rhode Island to Arlington, MA, next to Somerville where Wu family resided then in 1995. My daughter Enya is two years younger than their younger daughter Rowan, and they became good friends soon after knowing each other. Before my family moved to Westford in 2002 our two families spent a lot of time together and I really treasure our friendship. Yufeng and Zhen Zhou are among the most unselfish people I have ever met. They are always willing to reach out their hands whenever someone needs help, never asking for a return of favor. I remember several times in storming afternoon Yufeng left home with her daughters to pick up my daughter in daycare when my wife and I got stuck in traffic and called her for help. I also remember Yufeng gratefully offered us to babysit my children when my wife and I drove to JFK airport to pick up my parents visiting from China. Up to date I still mention to my children quite often that Yufeng sets a perfect example on how to be a good caring person. My wife and I are totally shocked by the charges brought against them. I just can not link those charges with Yufeng and Zhen Zhou, who have been law abiding citizens through their life and well respected by their friends and neighbors as hardworking and honest business entrepreneurs.

Like my wife and me, Yufeng and Zhen Zhou are first generation immigrates. Among our friend circle Yufeng and Zhen Zhou are the most hardworking people I know. They started their business from scratch and worked long hours and year after year to build up their business. Yufeng not only works hard to make a living for the family, she also spends tremendous amount of time and energy raising her two lovely daughters, Rose and Rowan. Last year Rose graduated with honor from high school and was admitted to prestigious University of Michigan at Ann Arbor. Just as apple

falls close to the tree, Rose and Rowan's healthy grow-up and achievement are all reflection of what kind of parents Yufeng and Zhen Zhou are. I strongly believe that they have no malicious will to break the law and harm the United States.

Since charges have been filed against Yufeng and Zhen Zhou, this family went through tremendous stress. I sincerely plea for your mercy when you consider the sentence for Yufeng and Zhen Zhou as the final sentencing date closes in. Rose and Rowan have been traumatized by their father's arrest. If Yufeng gets sentenced in prison Rose will be forced to drop off college. Rowan, who is only fourteen years old, will be devastated by the outcome and left alone with no one to rely on. I am deeply worried about what they will face in the society and how their perception to this world will change. The loss of Yufeng and Zhen Zhou to a prison term would only serve to punish their innocent children in this unfortunate situation.

Judge Saris, I hope when you read this letter you can really feel what is saying. I hope I have conveyed my thought and feeling clearly enough for you to really understand who Yufeng and Zhen Zhou are and the type of people they are. Please consider my world and those of others when rendering your decision. To incarcerate Yufeng and Zhen Zhou would hurt so many people.

I appreciate the time you have taken to read this letter and know you will be merciful to Yufeng, Zhen Zhou and their children.

Sincerely yours,

Feng Han

45 Medina Rd
Glen Waverley, Vic 3150
Australia
Tel. +61 3 9803 5720
+61 402 102 403
Email: liuluxin@gmail.com

14 June 2010

The Honourable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
U.S.A.

Dear Judge Saris,

My name is Luxin Liu and I have been a friend of Zhenzhou (Alex) Wu and Yufeng (Annie) Wei for more than twenty years.

I have come to know Annie since their first date. She was a student at the Tianjin Institute of Foreign Languages at that time. Like Zhenzhou, she was assigned to work in Beijing after graduation. They married soon and I was the witness at their wedding ceremony.

For more than two decades we have been keeping regular contacts. For example, during the Tiananmen Square students' demonstration in 1989, we would meet at least two or three times a day. On the afternoon of June 3, 1989, before the tanks rolled into the square that night, we sent Annie home in order to keep her away from the chilling scenario. For a few months after the massacre on June 4, 1989, she was so terrified that we would not mention this topic at her front.

Annie is a typical Chinese housewife, conservative and traditional. She just did whatever her husband told her to do. She followed her husband in every step of the life including the move from Beijing to Boston and the involvement of business activities. She relies on Zhenzhou not just for household but also for business matters.

She is a loving mother. She tries to spend every minute with her two daughters and to take them to every school activity. Both friends and neighbours talk affectionately about this woman's love towards her daughter and family.

I was really astonished and saddened on hearing that she was detained from home in early December 2008. When I flew to visit Zhenzhou at the Wyatt Detention Centre in March 2009, I stayed for one week with Annie and the two daughters. Rose was busy with her university exams at that time. Again, I flew to attend the trial at the Boston

courthouse early last month. For two weeks I stayed with the family, I was deeply moved by their love of life.

For more than twenty years I have been their friend, I have come to know Zhenzhou and Yufeng very well. I know that, whatever they are accused of, they did nothing wrong. I just want to be with my friends when they are in need. I know that I could not do much for Annie and the family except for taking them to have dinner.

I am sincerely and respectfully asking and will be praying that you are lenient when rendering your decision. Please consider not to remove Annie from her family which would be devastating for all. You will never regret your decision if you allow Annie to stay and look after her teenage girls at home.

Thank you for your time in listening to my plea and heart-felt feelings for my friends.


Yours faithfully,



Luxin Liu, *PhD*

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
July 5, 2010

Ref: Yufeng (Annie) Wei

Dear Judge Saris,

My name is Hanqiu Song. I am 58 years old and currently working in the Chinese Consulate General in Cape Town, Republic of South Africa, in charge of rebuild consulate compound project. In 2008 I learnt with surprise and unease that Ms. Yufeng Wei went into legal issue in the United States. I got acquainted with her since 1990 when I was the Administration Supervisor employed by the Embassy of Canada in Beijing since 1977. I was the office manager of the project, and Ms. Wei was hired to be the office clerk and on-spot translator. We've been working together for almost two years and become very close friends because she is really passionate and always willing to help. She went to the U.S. with her husband in 1992 and we kept in touch with each other though.

So far as I know about her, Yufeng is the one with serious and attentive working attitude, who would bury herself in work. She is brave enough to take on any challenge and never yield to hardship. Her working place was almost 20 miles away, and she would ride on the bicycle back and forth for two and half hours everyday without any complaint. She never grumbled about working overtime if needed and was willing to take on the responsibility while others were hesitant to. As I recall, one winter afternoon only one hour before off-work, the Boss requested to purchase sapling trees in the suburb area 100 miles from town. She went to the suburb accompanying with the experts without hesitance and left her breast-feeding baby with her sister. When they came back, it has already been 9 o'clock at night.

Yufeng loves her work, her family, parents and kids. She is friendly and always ready to help. She would spend her spare time to teach English a few nights a week to the colleagues of poor English level. She was ready to help out if the friends and colleagues run into difficulties and express the cordial console and condolence to them with misfortune. Moreover, Yufeng has inputted unimaginable efforts and endeavors in keeping the family. She has been living in the U.S. for 18 years. She brought up the two daughters all by herself when her husband was not with her through out the years. She would send them to school and pick them up after school every day regardless the parched and sweltering summer or bitterly cold winter. She would take them for social activities and community service after school or on weekends and holidays. Besides all kinds of housework, she also helped with their homework. When the kids were sick, she would take them to see a doctor and take special care of them. With her attentive cultivation and education, her

two daughters have become talented students with excellent academic achievements and responsible citizens full of public spirit.

Since my acquaintance with her, I always consider Yufeng as a righteous person with integrity and honesty. I never believe she would do something against the laws and regulations intentionally. I know she had been in charge of the accounting work of the company not the operation management related to the specific business. Moreover, she has been working part-time in recent years so she could spend more time on the education of her two daughters. I felt fairly shocked about the suffering she had encountered. I really worried about her and her family. She has an 80-year-old father in China and two young daughters in the U.S. let alone those friends, neighbors and the community.   They all need Yufeng. If, unfortunately, she was sentenced to jail, the result would be a huge disaster to her and her teenage children.   No one with conscience wants to see the family to be pulled down by such a misfortune and two poor girls left attentive.

Your honor, even though I am not acquainted with you, I am more than willing to reveal all the information I know and my thoughts to you for your reference. And I do hope with sincere that you can make a fair judgment and sentence. Thank you for your time and consideration.

Respectfully,

Hanqiu Song
Cape Town, South Africa

The Honorable Patti B. Saris                                      June 30, 2010
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Yufeng (Annie) Wei

I would like to take this opportunity to provide a testimonial for Yufeng (Annie) Wei of
165 Beech Street, Belmont, MA 02478. Before I get into the details, I would like to
summarize my observation and appraisal of Yufeng as a person and as a fellow Christian.
Unlike many people outside of China who may have grown up as a Christian because of
their family heritage, like many recent Chinese immigrants who were converted to be
Christians, it was her personal choice out of a strong conviction for Christ and the result
of a dynamic salvation. This commitment to Christ coupled with her own high moral
values have been the anchor of her personal, family, community and business life.

I have known Yufeng since 1998. Her family and ours have been very close as we share
many common interests: Her ex-husband was studying at Harvard when our family was
active in the Chinese Christian Bible Studies for students and scholars at MIT and
Harvard. She has been a member of the same church that my family attend and she and I
have served in the Sunday School regularly for the past years till 2006 when she moved
to serve younger age children. I can describe her service to the children as dedication
beyond the call of duty. Whenever we serve together you can always count on her to be
fully prepared for her lessons and she always comes with loving and caring spirit.

Knowing Yufeng, I can readily vouch for her high integrity and her high moral value that
she would not do anything against either the written law of the land nor the higher law
that governs one's moral behavior as a Christian.


Yours faithfully,

Lu Lin


29 Adams Street
Belmont, MA 02478

June 26, 2010

143 Groton RD
Westford, MA 01886

The Honorable Patti B. Saris
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: Yufeng (Annie) Wei

Dear Judge Saris,

My name is Ping Du. I am an accounting manager for a clinical diagnostic instrument manufacture company. I met Yufeng more than ten years ago when both of us were pursuing our MBA at Johnson Wales University. I got to know her more after we moved to Arlington MA from Rhode Island in 1996.

Yufeng is one of the most caring and trusted people that I know. Yufeng is always there for anyone who needs help, she always puts the needs of others before her own. I still remember those days when I was pregnant with my first child, Yufeng and I had to drive an hour to school to take the night classes, she never let me drive. I remember the night I had to call her to babysit my daughter when my husband and I had to rush to hospital to give birth of my son. Whenever I have emergency or difficult time, she is always the first person in my mind to call for help.

Yufeng is a hardworking and very devoted mother. She has two very beautiful and talented daughters. She has always taken an active part in her children's schooling, activities, provides them love and support. Especially after she divorced, and her ex-husband lives in China most of the time, Yufeng is the only parent who takes care of her children's daily life.

Her kids have been through a very difficult time this past year, losing their mother would devastate them at this critical time in their young life. Judge Saris, I am sincerely asking that you consider all of Yufeng's good deeds and the very difficult situation her kids facing when making your decision. Thank you for your time and consideration.

Sincerely,

Ping Du

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210
June 22, 2010

Re: Yufeng (Annie) Wei

Dear Judge Saris,

My name is Shan Lu. I'm a senior accountant and a mother of two. I have known Yufeng since 1996. At that time both of us were attending Johnson and Wales University, in Rhode Island. Yufeng was pursuing her MBA degree in Accounting and I was pursuing MS degree also in Accounting. Yufeng and I took a lot of the classes together since our residence were close by, that she was living in Somerville and I was living Cambridge, so we car-pooled together for almost two years. We became good friends since then. I often went to her residence to study together and I knew she is a sweet person. Actually she is the sweetest person I ever knew.

I introduced her to Christian faith right after I knew her. After I brought her to Church in Cambridge, she and her family became regular church goner and then was baptized shortly. She is also very active in a variety of church services. She served at the Children's services, at the food services and often people see her cleaning up after the Sunday services. She continued serving even in the past year although she was suffering a lot of stress from the case. Besides church, Yufeng also volunteered in the community as well as at her daughters' schools.

Since 1998, when she and Zhenzhou (Alex) Wu bought a house in Belmont, we continued to remain very close. I knew Yufeng better and better and she was always a good friend of mine. She always offers help for me whenever I needed. Over the years, she babysitted for my daughter and I babysitted for her daughters. Our families often had fun time together at various festivities around Belmont and Lexington, where our two families reside.

I beg the court to show mercy to her. If she is incarcerated even for a short period of time, her family would be devastated. She has a daughter just attending University of Michigan last year, and more importantly, another daughter who is only 14 years old. If Yufeng is incarcerated, nobody would take care of her young child. I ask the court to take this into consideration that she has been offering help to my family and others. I know Yufeng very well. I don't believe she is the person who would jeopardize her family by violating the law. By taking her away would deprive us all the fun and support we will have in the future. Thank you so much for your time.

Sincerely,
Shan Lu
Shan Lu

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210
June 15, 2010

Re: Yufeng (Annie) Wei

Dear Judge Saris,

My name is Li Li, a software QA engineer. I'm a single mother of two, age 14 and 22. I have been close to Yufeng for more than 18 years. I first met her in 1992, while both my husband and her husband were studying at Harvard graduate school. She is the kind of person who is naturally generous, who finds happiness in helping others, and who has always worked diligently for her friends and family. She has surpassed the duties of friendship for me and my daughters when I have needed help the most.

Ten years ago, my husband died of liver cancer. During the trying week when he underwent what was ultimately an unsuccessful surgery, she not only supported me emotionally, but also offered her home that my daughters and I might find comfort. She prepared meals, and helped look after my three and eleven years old daughters. In the years since, Yufeng has been instrumental in my transition to being a home-maker, single parent, and full-time worker. Drawing on a reservoir of generosity, strength, and level-headedness, she has helped me in countless decisions, and helped me through numerous hurdles. Her presence has been a blessing in my life. My younger daughter takes her as second mom. Without her, I couldn't imagine what a life it would be for me in America.

With my daughters' extended family in China, they and I have seen Yufeng as family. She is a loving mother who has raised her daughters to be bright, talented and hardworking. Her older daughter Rose was awarded as the most talented artist at high school and her paintings was received Gold Key at Boston Globe Scholastic Award for two years. She was also selected one of 140 students in the State for All-State Artist event. Her 14-years-old younger daughter Rowan is warm-hearted, straight-A student, class Ambassador, Silver-medal community service honored. Yufeng is a rock in their lives as she has been in the lives of my daughters and me. As Rowan and Rose go through the crucial stages of young adulthood, I can think of no person they need more to give them love and guidance.

Thank you for your time and consideration.

Sincerely,

Li Li
33 Benjamin Rd
Belmont, MA 02478
617-489-8539

The Honorable Patti B Saris
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02110
July 12, 2010

Re: Yufeng Wei

Dear Judge Saris,

My name is Guangxia Hazlewood. Currently I live in New York State as a part-time Chinese teacher. I have known Yufeng ever since I came to the US in 1995. We rented a two-floor apartment together for more than three years. Because of her moral characters we became life-time friends and have frequent contact no matter where I move to. I witnessed her suffering, her happiness and more I saw her two children growing up from babies into two bright and talented outstanding high school and college students.

When I first met her, she was a full time student for her master degree while she was in expecting. She was a kind, well organized, capable woman. At that time her husband was working in China for a US company. She had to take care of herself and the unborn baby alone. Although we were all students who lived on a limited budget, I noticed that she paid very good attention to what she ate a well balanced manqué to build up a strong baby. We spent a lot of time together and shared a lot of happiness and fun.

Four months after I came to the US, the baby was born. It was a healthy, beautiful baby! She was breast fed and also on some formulas. I never heard the baby cry at night. Yufeng made sure the baby was comfortable and had enough food and water whenever she needed. I often saw Yufeng carrying her baby in a baby carrier tie on her shoulder. She was a great mother.

Yufeng is a woman with great moral and generousness. She is honest, sincere, hard working and always ready to help people in-need. As a new comer to the United State in 1995, I know very little about life here. Yufeng showed me how to set up my bank account, where to shop for groceries, applying to schools and later taught me how to drive. She even supported me financially when my tuition was due. With her generous help, I was able to complete my master degree.

I will never believe she would intend to do anything committing illegal act. To that extend, I sincerely ask that your honor to consist Yufeng's outstanding character and how much she is loved and needed by her young daughter Rowan as you make your decision. Please allow Yufeng to continue to take care of her daughter as a great mother that she always made it her priority to be.

Sincerely yours,

Guangxia Hazlewood

Guangxia Hazlewood
38411 NYS Route 12
Clayton, NY 13624

June 15, 2010

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Ref: Yufeng (Annie) Wei

Dear Judge Saris,

My name is Rui Ma. Currently I work at the World Bank in Washington DC as a Resource
Management Analyst. I am writing to you to ask your mercy in rendering your decision on Yufeng Wei.

I have known Yufeng for more than 22 years. In 1987, both of us just graduated from university
and started to work in the same company in Beijing, China. We were assigned to live in the same
dormitory room and worked as interpreter and secretary concurrently in foreign embassies in Beijing to
facilitate the work of ambassadors and diplomats. Yufeng was very dedicated to her job and was highly
praised by her colleagues in the embassy. Since both of us came from different provinces, none of us had
any family members in Beijing. She was only about a year older than me, but acted like a big sister and
took good care of me. Her home town was closer to Beijing than mine. Whenever she came back from
home, or her family came to visit her, she always generously shared whatever she had with me.

Because of her genuine loving and caring character, our friendship continued after we moved out
of the dorm and even after she came to US. In 1993, I had my first trip to US for business and stopped
over in Boston to visit Yufeng. She took me around to show me the beautiful Boston and explained to me
the American culture. It was through her that I had my first real experience of American life.

Then I was transferred from Beijing to DC in 2000 to work at the World Bank Headquarters. I
was so happy to be closer to Yufeng again as I truly value our friendship. I have a daughter who is the
similar age as her younger daughter and they became friends too. Yufeng and I talk over the phone all the
time about our lives and our daughters. Our two families also travelled together for a couple of times.
Through my conversation and my eyes, I could see and feel her deep love towards her daughters. It's not
easy to be a single mom to bring up two daughters, but I believe Yufeng does a wonderful job to teach her
daughters to love and share with others.

This event is very unfortunate. What happened seems to me is the consequences of unintentional
actions. I still believe Yufeng is a person with honesty and integrity. Being a single mom myself, I could
feel how she and her daughters are crushed under the circumstances. This is such a huge tragedy for them
and they have already suffered tremendously from the beginning till now. I cannot imagine a life for the
two girls without their mom or a life for Yufeng without her daughters. What could be worse than
separating a mother from her children?

I sincerely appeal to you to consider the special situation and be lenient when you make your
decision on Yufeng's case.

Respectfully,

Rui Ma

Tuesday, June 08, 2010

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

Re: Yufeng (Annie) Wei

Dear Judge Saris:

My name is Zhaoyan Yang, resident of Brookline, Massachusetts. As a research data analyst, I am working at Boston Medical Center. I have known Yufeng for over ten years and since she is one of the most caring and honest persons that I know so she becomes one of my best friends. My daughter loves to play with her daughters so they become the good friends as well.

The first time when I met Yufeng was when her younger daughter was just born. Since then, because her older daughter is three years older than my daughter and has more experience of taking care of children than I do, Yufeng always helps me with how to raise a child in a healthy way, sharing children's books, found a better piano teacher for my daughter, introduce us to go to the church and making the donations. Especially on the weekend, sometimes she volunteers offering to take my daughter with her daughter to go to the museum, amusement park or movies when I am too busy to do so. My daughter always says to me that she loves Feng A Yi (aunt Feng)'s cooking. I remembered a few years ago when we, a few families together, went to a National Park in a week. Every day, Yufeng was actively from morning till night to look after everyone's food, playing, and fun activities.

Your honorable Judge, considering a loving, hardworking mother with two young children, her family and all good friends of hers, please keep Yufeng with us. We need her around in our life. I did not tell my daughter yet, about her aunt situation. Hopefully, this is not necessary.

Sincerely,

Zhaoyan Yang

The Honorable Patti B. Saris                                    June 25, 2010
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: Yufeng (Annie) Wei

Dear Judge Saris,

Please allow me to introduce myself. My name is Michael Smith and I work at UPS. I am
writing to you regarding the trial case against Yufeng (Annie) Wei. I have known Annie
for over five years; she is a very good person. I am asking you to please consider all sides
of this matter, including her character, intentions and contributions to our community
when sentencing her case.

She has been a tremendous help to people around her, especially us. My family moved to
New England six years ago from California with no connections here. It was difficult in a
new environment as two working parents and young children (5 and 1 year old), until we
met Annie a year later, who helped us with our children and introduced us to many
people here. Our life has been easier and happier since we met her.

Also, she is an active community person: she attends school activities, churches and other
gatherings.

As her friend I admire her for being a hard working person. She is a single mom from a
far away country, who has two school age children and a full time job. It has not been
easy to maintain a work-life balance for the past 14 years, and it would be very sad if
Annie is taken away from her daughters, especially for her 14 year old daughter who
needs a parent's guidance in her teen years.

I don't know all the details of the case, but considering that less than 1% of company
transaction was lacking of proper paper work, I believe she did not violate the law
intentionally. I hope she can have a chance to correct the mistakes she had made.

I ask you to please take all aspects of Annie's life into consideration. Annie is a good
person. Please give her the greatest leniency you see fit and allow her to continue to raise
her two young daughters as they approach adulthood.

Thank you,

Michael Smith
UPS International Account Manager
17 Davis Road
Belmont MA, 02478

June 25, 2010

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Yufeng (Annie) Wei

Dear Judge Saris,

My name is Paul Bernardi, and  I have been with Fedex for almost 24 years. I have been delivering to the company that Annie worked at since they opened in Waltham on an average of 4 days a week. Over the years, I found Annie as very friendly caring person, always asking how I was and how my day was going, and always pleasant. She always treats me with respect, always including me and UPS driver in anything going on. For example, employee's birthday or lunch she would always have extra for us. I always feel she considered me a friend and can't believe she knowing thought she was doing anything wrong.

I hope this helps you to do what you have to do. If there is anything you need from me, please feel free to call me at my cell phone number 781 771 2391.


Yours respectfully,


Paul Bernardi

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

July 5, 2010

Re: Yufeng (Annie) Wei

---

尊敬的法官您好！

　　我们是魏玉凤的 4 个姐姐和哥哥，是在玉凤的家乡，也是我们的居住地中国天津给您写这封信。当我们获悉玉凤的事情，感到非常的震惊！以我们的人品与做人的准则，和我们对她的了解，我们绝不相信她会触犯美国的法律，更不相信她会去做危害国家的事情。即使由于她的疏忽而无意中违反了美国法律，我们也恳请法官酌情处理，因为这不是她的本意。而且她家中两个年幼孩子还需要母亲的精心呵护，需要帮助她们健康成长。在中国不仅有 80 多岁的老父亲在热切盼望他引以自豪的女儿同归探望，还有时刻关心、爱她的哥、姐们及熟悉她的亲朋好友都在为她真诚祈祷。我们想通过这封信让您了解真实的魏玉凤。

　　尊敬的法官，玉凤直到现在一直是我们家的骄傲，也是家里下一代孩子们学习的榜样。她从小就懂事、温和而知礼，很早就表现出她聪明好学的天分。在良好的家庭环境熏陶下，她思想活泼、要求进步、学习成绩优异、尊老爱幼、为人处世也极具亲和力。从很小的时候，父母上班、哥姐上学，她就自己在家，用我们写过作业本的反面练习画画、写字，有的字虽然不认识可写的却认真工整。　她还常常把邻居家的孩子们集到一起带着她们玩，一起做游戏、一起写字、画画。邻居家的家长都非常羡慕我们家有个这么可爱的孩子，没有一个不喜欢她的。

　　上学以后，从小学、中学到高中，她一直是德育、智育、体育全面发展的优秀学生。每学期、每学年都被评选为三好学生，得到的奖状，多的家里的墙都挂不下了。在小学至中学期间，作为班长的她，领导和组织能力得以显现。她协助老师安排作业、抄写练习题，组织同学帮助孤老户，助人为乐做好事，学习之余还帮助家里做家务。每逢节日，心灵手巧的她就用碎布头、碎毛线自己动手做贺卡、小动物等送给老师和同学。直到现在，当年的老师和同学见到我们还总是提到当年的她，对她是赞不绝口。

　　中学毕业后，在高考录取率只有 3%的年代，她又以优异的成绩考入大学。四年大学期间她不仅担任班长，还是学生会干部。她在学习之余带领班里学生慰问老烈属、上街宣传科普知识、义务清洁环境等社会活动。她领导的班，获得全校先进班集体的荣誉。而她个人也因学习成绩优秀、品德高尚、遵章守纪而连续4年获得三好学生，并同时获得奖学金。

　　参加工作后，对自己的本职工作兢兢业业，任劳任怨。特别是在加拿大驻华大使馆的选址重建工作中，当时她的女儿还在哺乳期，她克服了自己的困难，

　　无论是炎热的夏天还是寒冷的冬天，她都在工地上忙碌。选购物资、下苗圃选树苗从不叫苦，义务加班不拿报酬。她突出的表现，得到领导的赏识。

　　92年为学习美国的先进的科学文化，她将还在吃奶的孩子托付给我们，义无反顾到了她向往已久的美国。在美国，她自己艰辛的抚育着自己两个女儿，更获得了硕士学位。自己再苦再累也让孩子学习多种本领，钢琴、绘画、游泳、滑冰都陪着孩子练习，辛勤的劳动得到回报。大女儿的自画像连续2年在波士顿获奖，青少年划船比赛在全国获第二名。小女儿的学习在班里每次也是全A。现在孩子刚大些她又鼓励两个女儿去做义工，让她们了解社会并锻炼自己的能力。这么多年她一直十分节俭，自己生活非常俭朴，可为了父母从不吝啬。每次回国探亲都要给父母买保健品等许多的东西，同时还要给亲朋好友带上礼物。每次回国都要把在美国期间的旅游各地的照片送给我们，告诉我们她如何喜欢美国，讲述美国的风土人情、人文地理和城市的发展状况。在美国她创电子的工作也是她觉得自豪的时候，她常对我们讲"在美国的公司工作，既能为美国的就业做点贡献，又能帮助美国的企业打开对中国的销路，扩大美国企业的出口，让更多的美国人了解中国，在自己获得成功事业的同时又成为美国的纳税人，也算对美国社会的贡献吧。"

　　现在遭遇此事，对她的打击非常大，自认遵纪守法和对美国社会尽了些力的她，怎么也不会想到会有这样的事情发生。我们不知道她将面临怎样的结果，但我们深知她热爱美国这个国家，更希望有一天能成为美国公民以此更好地为国家做出贡献

　　因此我们给法官您写这封信就是让您了解真实的魏玉凤，我们也相信您在判决此案时能充分考虑她的实际情况，给予从轻判罚。

　　　　此致

2010-7-5

Ruihai Garden #1-201, Binhai Road
HeBei District, Tianjin
P.R China, 300010

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210
July 12, 2010

Re: Yufeng (Annie) Wei

Dear Judge Saris,

We are writing this letter to tell you about our Aunt Yufeng. We don't believe what
had happened to my aunt, neither do we believe she would do anything against the
law or hurt anybody, as far as what a person we have known her.

When we were still young, our grandparents and parents talked a lot about Aunt
Yufeng with proud. She studied very hard and was always the top student and a team
leader from elementary school through university. Every year she was awarded honor
student and received scholarships. Because of her personality and academic
achievement, all her teachers, classmates and neighbors spoke highly of her. She sets
a fine model to everyone and all parents would like to have a child as good as Aunt
Yufeng. As the younger generation, we all encourage ourselves to follow her and tried
hard to be a person like her.

Aunt Yufeng is warm-hearted and willing to help anytime and anybody even a lot
of times she has to put away her own work. She especially financially supported us –
her nephews and nieces – to finish college, because it was a big burden for a family in
China to send their child to college and all our parents were laid off due to their low
education. We all know Aunt Yufeng has a simple life but she is so generous to us.
With her help and support, now all of us (one nephew -an engineer, and four nieces –
one nurse, three accountants) have graduated from colleges and are working at
different field happily. She influenced us to become well-educated, hard-working,
respect elders and care younger ones, independent people who are willing to
contribute and benefit the society. She is more like our friend rather than an aunt. We
like to talk to her about our school, our hardness as well as happiness.

From the moment she got to America, she had fallen in love with the land and its
people. She enjoyed the advanced technology, nice people and warm environment.
Although she had very hard time at the beginning – to raise her two young children,
pursue her master degree and support her family - she overcame all these hardships
and gained her master degree. She is also a loving mother of my two young cousins
Rose and Rowan, who still need parents' guidance and care before they grow up.

We all know Aunt Yufeng is very strict to herself and she is a law-abiding person.
If she did something wrong, we believe it is a mistake by her negligence but not a

crime. She would not jeopardize her two young lovely daughters, 80-year-old father and all of us – her sisters, brother, nephews and nieces- to violate the American law.

Dear Judge, we beg you - this is only we can do in far away China- to take the consideration of Aunt Yufeng's situation and have mercy on her and her children. She and her two daughters have suffered a lot of depress in the past almost two years. She is the rock of the family. We all rely on her. Without her, we can't imagine what will happen to her children and us. Thank you for your time.

Sincerely,

Nephew: Zhe Liu

Niece: Yan Li

Niece: Rui Zhang

Niece: Mingjun Wang

Niece: Nan Wang 王楠

Niece: ~~Nan~~ Lynn WEI

Ruihai Garden #1-201, Binhai Road
HeBei District, Tianjin
P.R China, 300010

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
June 15, 2010

Re: Yufeng (Annie) Wei

Dear Judge Saris:

My name is Judy Hua Zhu. I am currently a mother of two, living in Atlanta, Georgia
with my husband Steve Wu, Sui, and two young children, age 14 and 10.

I am writing to you today on behalf of Yufeng (Annie) Wei, who has been a life-long
friend of both me and my husband. Yufeng has been very a dear friend of mine ever since
our encounter in college in China. We were roommates for our four years at college and
share many beautiful memories.

Yufeng was always the top student and an admired leader in our class. Our fellow
classmates, including me, constantly looked up to her for advice and help. As a leader,
she showed extreme care for others by sacrificing her time to help others in any way
possible. Her acts of friendship made my college experience especially memorable. I will
never forget the time when she offered to help me when I encountered difficulties in my
studies. Even today I can vividly remember how she helped to hold the bike for me while
I started to learn riding bike at college.

Our friendship remained stronger even after the day of our college graduation. I always
found myself calling her to seek her advice in times of financial, emotional and physical
difficulties. In 1988 Yufeng was working in Beijing. That year I traveled to Beijing to
apply for a visa to come to the US. After my visa was approved, I lost both my passport
and visa documents in my excitement. Unfortunately I did not realize this until after I
returned to my hometown in Tianjin. My first reaction was to call Yufeng in Beijing for
help. While comforting me, Yufeng went out of her way to search low and high for all
possible leads for my lost documents. A few days passed and my documents were still no
where to be found. But Yufeng was too determined to give up. Instead, she doubled her
efforts and time for the search. Two days later, I received a phone call from Yufeng
telling me that she had finally located my documents. To this day I still vividly remember
this incident, which reveals the kind and loyal character in her.

Yufeng is not only a caring friend but also a loving mother. For all these years in Boston,
she raised two daughters by encouraging them to be persons of responsibilities, of caring
heart, and strong character. Everyday, she is never tired of driving the kids around the
town sending them to various after-school programs, including swimming, skating, and
marshal arts. Thanks to her tender love and care, her kids have grown to be excellent
students with great academic achievements and a high sensibility. Yufeng is a person
who never loses her sense of humor under pressure. Her children love her not only

because of her love and devotions, they also admire her for her endurance and aspiration for a happy life.

Yufeng has always been full of gratitude to this country for providing her the opportunities to get her advanced degrees, work and raise her family here. It is completely unimaginable to me if Yufeng is deemed to be harmful to this society. On the contrary, she has always been the person who has the greatest love for this country, its people and its communities.

Yufeng has always been the dearest friend to me and to my family. Judge Saris, I respectfully request that you take into consideration the above as you make the decision. Please show leniency in Yufeng's case.

Sincerely

Judy Hua Zhu
1305 Vintage Club Drive
Duluth, GA 30097

# The Church in Cambridge

380 Green Street   Cambridge, MA 02139   (617) 864-1731

July 1, 2010

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: Yufeng Wei

Dear Judge Saris,

My name is Daniel Lee and I am one of the elders of the church in Cambridge. I am writing on behalf of the church to plea that you take mercy in rendering your decision regarding Ms. Yufeng Wei. The church in Cambridge is a Christian church established in 1986 with around 250 to 300 active members. Ms. Wei started to come to our church meetings in 1998 and was baptized in August that year. Since then, Ms Wei has been regularly participating in Sunday church services as well as serving as a Sunday school teacher of children of 5 to 6 years old. She also regularly volunteered various services such as cleaning and cooking for church functions. Overall, Yufeng has impressed us as a pleasant, helpful and sincere person with a genuine Christian faith. The church feels sorry that she is implicated in the case, but we have witnessed that she has made positive influence on the people around her, especially on her two daughters, to whom she is a loving and responsible mother.

Her older daughter is in college now. However, her teenage daughter is still very dependent on her care both physically and emotionally. We sincerely pray and hope that you consider the many positive contributions to society Ms. Wei has made and the needs of her children in your decision.

Respectfully yours,

Daniel Lee

Daniel Lee

45 Medina Rd
Glen Waverley, Vic 3150
Australia
Tel. +61 3 9803 5720
+61 402 102 403
Email: liuluxin@gmail.com

14 June 2010

The Honourable Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
U.S.A.

Dear Judge Saris,

My name is Luxin Liu and I have been a friend of Zhenzhou (Alex) Wu and Yufeng (Annie) Wei for more than twenty years.

I have come to know Annie since their first date. She was a student at the Tianjin Institute of Foreign Languages at that time. Like Zhenzhou, she was assigned to work in Beijing after graduation. They married soon and I was the witness at their wedding ceremony.

For more than two decades we have been keeping regular contacts. For example, during the Tiananmen Square students' demonstration in 1989, we would meet at least two or three times a day. On the afternoon of June 3, 1989, before the tanks rolled into the square that night, we sent Annie home in order to keep her away from the chilling scenario. For a few months after the massacre on June 4, 1989, she was so terrified that we would not mention this topic at her front.

Annie is a typical Chinese housewife, conservative and traditional. She just did whatever her husband told her to do. She followed her husband in every step of the life including the move from Beijing to Boston and the involvement of business activities. She relies on Zhenzhou not just for household but also for business matters.

She is a loving mother. She tries to spend every minute with her two daughters and to take them to every school activity. Both friends and neighbours talk affectionately about this woman's love towards her daughter and family.

I was really astonished and saddened on hearing that she was detained from home in early December 2008. When I flew to visit Zhenzhou at the Wyatt Detention Centre in March 2009, I stayed for one week with Annie and the two daughters. Rose was busy with her university exams at that time. Again, I flew to attend the trial at the Boston

courthouse early last month. For two weeks I stayed with the family, I was deeply moved by their love of life.

For more than twenty years I have been their friend, I have come to know Zhenzhou and Yufeng very well. I know that, whatever they are accused of, they did nothing wrong. I just want to be with my friends when they are in need. I know that I could not do much for Annie and the family except for taking them to have dinner.

I am sincerely and respectfully asking and will be praying that you are lenient when rendering your decision. Please consider not to remove Annie from her family which would be devastating for all. You will never regret your decision if you allow Annie to stay and look after her teenage girls at home.

Thank you for your time in listening to my plea and heart-felt feelings for my friends.


Yours faithfully,



Luxin Liu, *PhD*

The Honorable Patti B Saris
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02110
July 23, 2010

Re: Yufeng Wei

Dear Judge Saris:

My name is Peizhu Liu.   I reside in Chapel Hill, North Carolina and work for the
University of North Carolina   Health Care System as a licensed certified public
accountant.

I am writing to you today on behalf of Yufeng (Annie) Wei, who was my student
while studying English in Tianjin, P.R. China.   I was surprised and saddened to hear
about her charges.   I remember Yufeng as an upbeat, respectful, and responsible
student.   At the time, studying English in a professional institution was a privilege
enjoyed by an elite group of talented young people.   Yufeng was aspired to achieve
high goals.   She was a caring and hard working student, always showed compassion
for her classmates and respect for her teachers.   She was enthusiastic about her
studies and life in general, had a sunny disposition and was a very pleasant student to
have.   As far as I can remember, she never got herself into trouble both in and out of
class.

From what I hear from her classmates, Yufeng has been a productive member of her
community.   She has raised two beautiful daughters who love her dearly.   As a
mother myself, I can feel her pain leaving her young daughters without the loving
care of a mother both physically and emotionally.
   Dear Judge Saris, I plead for your leniency on her case.

Respectfully

Peizhu Liu
104 Woodshire Lane
Chapel Hill, NC 27514
Email pliu@unch.unc.edu

The Honorable Patti B. Saris
John Joseph Moakley U.S. Courthouse
Boston, MA 02210
August 8, 2010

RE: Yufeng (Annie) Wei

Dear Judge Saris,

My name is Yilei Tan, and I live in Quincy, Massachusetts. I joined Chitron-US (Waltham, MA) at the end of January of 2007, and then I know Annie. During my entire employment, Annie worked only as the financial advisor of the company, without participating in the management of the company. She worked in office for three to four hours a day, and for the rest time of a day, she was at home, taking care of her daughters.

Annie is a lady always willing to help others. Everytime she saw Gina (one of my collegues) and me being kept busy in the office, she would come over to help us open the packages delivered by UPS and re-pack the used boxes for trash disposal. I even remember that once a time Annie hurt her back when she was trying to help us picking up the boxes from the ground. Then she had to lie down on bed for a few days. My business manager even bought some medication for her. Now she is still having the pain and has to keep visiting chiropractics regularly. She is the one always concerns other people more than herself.

Annie is a lady full of benevolence. She is very generous and caring of other people. As an experienced mother, she gave me, a father of young child who immigrated to the US not long ago, a lot of support and care both in life and education without asking any return. She also participates in charity activities, helping those in need.

Annie is a single mother of two lovely daugthers. She dedicated herself mostly to raising and educating her daughters, which she considers most important to her than anything else, even if her job. Annie is a great and successful mother, although it is a very tough task for a single mother. Rose, Annie's elder daughter, went to her favorate university – University of Michigan last year. Rowan, Annie's younger daughter, is entering high school with high academic achievement. They are all very bright, well-behaved and people-loving students. Can you imagine how these two girls' life, especially Rowan who still needs Annie's care and guidance at her teen age, would be without their loving mother?

You honor, I hope that you could consider all of Annie's positive qualities and the needs of two daughters when you are making your decision regarding Annie. From the knowledge I have on Annie, she is the person who is only willing to contribute and give but not to harm. I have seen how Annie and her family have been suffering since Dec 2008 till now. If Annie was taken away from her family and her friends, it would be a big misfortune and disaster for such a nice person and her two prospecting daughters. Please do give mercy on this family. Thank you.

Sincerely,

Yilei Tan

The Honorable Patti B. Saris                                        June 30, 2010
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Yufeng (Annie) Wei

Dear Judge Saris,

If you were to ask my mother what she loved doing the most, she would answer, quite simply, "raising my children."

In these recent years, I have witnessed my mother go through a divorce, the death of her mother, financial hardships, and now a court case, among other difficulties—but never has she let any of the aforementioned impair either my life or my little sister Rowan's.

My mother immigrated to this country in the year 1992 to seek a better life for her children, not to exploit the benefits of the United States. In China, the United States of America is called "Mei Guo," which means, literally, "beautiful country." The Chinese exalt the United States, we hold America only in the highest light. My mother came here for education and to pursue a greater life so that my sister and I could have what she could not. However, she also knew though it was for the greater good, being a foreigner in the United States had its risks as well.

She knew never to take those risks. My mother would never think of jeopardizing anything that would affect our family. She would never challenge the government of the United States—for what reason? For what profits? The United States treated us well, and in turn, we respected the laws of the land. It's funny, actually, how much my mother was a stickler for rules.  When I passed my road test and received my driver's license my senior year, my mother inspected every single rule and regulation concerning my junior operator's license to ensure that I was driving safely. Being a licensed driver was a great liability and she had to make certain that I adhere to the law. It was never in my mother's personality to take careless chances, and although at times it irritated me to have to follow every single rule she set forth at home, I do realize that that sort of sternness was only for my benefit.

Judge Saris, my mother is innocent. She has, without question, no reason to disobey the law of the United States. She has done nothing to warrant the punishment she has received thus far. The amount of stress she has gone through in the past two years has been incredibly straining on our family. And I could not begin to describe the woman you see in front of you. She may appear shy, but the amount of resolve that she carries inside amazes me to this day. After enduring such a great weight of hardships and I sometimes cannot believe that I am looking at my own mother. She is someone that I see every day in such an ordinary light, but has evolved into a woman that I have begun to perceive in an extraordinary one.

Judge, I ask you to consider the sentence. The other day, my mother said, quite exasperatedly, "Well, life isn't always fair." I ask you, Judge, to please consider here, what is fair and what is not. I hope that in this consideration, you would try to look at my mother and try to see the person she really is—a law-abiding denizen, a kind and caring woman, and truly loving mother.

Regards,

Rose Wu